

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2022

No. 04-22-00504-CV

**IN THE INTEREST OF J.J.M.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01761
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights which be must brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The appellant's brief was originally due on September 19, 2022. Because neither the brief nor a motion for extension of time to file the brief was timely filed, on September 21, 2022, we ordered appellant's appointed trial counsel to file the brief by October 10, 2022. In our order, we cautioned appellant that if no brief was filed by October 10, 2022, we would abate this appeal and remand it to the trial court for a determination of whether appellant or appointed counsel had abandoned the appeal.

On October 13, 2022, the district clerk's office filed a supplemental clerk's record containing a September 26, 2022 order that: (1) granted trial counsel's motion to withdraw; and (2) appointed appellate counsel for appellant. On October 13, 2022, appellant's newly appointed appellate counsel filed a unopposed motion asking us to retain this appeal on our docket and to grant an extension of time until October 31, 2022 to file appellant's brief. After consideration, we retain this appeal on our docket. We **GRANT** the motion for extension of time and **ORDER** appellant to file his brief **by October 31, 2022**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** on October 14, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

